UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-CV-21825-KMW

WINDY LUCIUS

     Plaintiff,

v.

BON APPETITE CREPES & BAGUETTES LLC,
 d/b/a Apropo

     Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, WINDY LUCIUS, and Defendant, BON APPETITE CREPES & BAGUETTES

LLC, d/b/a Apropo, by and through the undersigned counsel, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), in accordance with the parties' written agreement, hereby stipulate to

the dismissal of this action with prejudice, with each party to bear, and be solely and exclusively

liable for its own attorney's fees, costs and expenses.

     Respectfully submitted this September 26, 2023.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
**J. COURTNEY CUNNINGHAM, PLLC**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

By: */s/ Kevin D. Salinas*
Kevin D. Salinas
Florida Bar No. 1010316
**Givner Law Group, LLP**
19790 W. Dixie Hwy, Suite 706
Miami, Florida 33180
T: 305-933-9970
ksalinas@givner.law

*Counsel for Defendant*

**Page 1 of 2**

**Lucius v. Bon Appetite Crepes**
**Case No. 23-CV-21825-KMW**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 26, 2023, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Page 2 of 2**